NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

STANDARD FURNITURE
MANUFACTURING CO., INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*
AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

---

2012-1230

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0028, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

### ORDER

Upon consideration of SKF USA Inc. and Koyo Corporation of U.S.A.'s motion for leave to file a brief amici curiae in support of Standard Furniture Manufacturing Co., Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 3 1 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
Jeffrey S. Grimson, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.
Craig A. Lewis, Esq.

FILED
U.S. COURT OF APPEALS F
THE FEDERAL CIRCUIT

AUG 3 1 2017

JAN HORBALY
CLERK

s23